[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-13568
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 16, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-21910-FAM


YVIRA BAEZ,

                                                    Plaintiff - Appellant,

                        versus

POTAMKIN HYUNDAI, INC.,

                                                    Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 16, 2012)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

The rulings of the District Court in granting the Defendant's Motion for Summary Judgment; in denying the Plaintiff's Motion for Partial Summary Judgment; and in dismissing the Plaintiff's Second Amended Complaint are affirmed for the reasons set forth in the June 14, 2011 Report and Recommendation of the United States Magistrate Judge, which was adopted by the District Court on July 11, 2011.

**AFFIRMED.**